UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
:
-against- :   23-CR-497 (VEC)
:
ANTHONY VIGGIANO and STEPHEN FORLANO :   ORDER
JR., :
:
Defendants. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 28, 2023, the Undersigned referred the presentment and arraignment of the Defendants to the Magistrate Court.

IT IS HEREBY ORDERED that the parties must appear for an initial conference on **Thursday, October 26, 2023, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: October 4, 2023
      New York, NY

                                    _____
                                    **VALERIE CAPRONI**
                                    **United States District Judge**