USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-against- : 23-CR-497 (VEC)
:
ANTHONY VIGGIANO and STEPHEN FORLANO : ORDER
JR., :
:
Defendants. :
:
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties were originally scheduled to appear for an initial conference on **Thursday, October 26, 2023, at 2:30 P.M.** *See* Dkt. 12.

IT IS HEREBY ORDERED that the parties must appear for an initial conference on **Thursday, October 26, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: October 19, 2023
New York, NY

**VALERIE CAPRONI**
**United States District Judge**