**MEMO ENDORSED**



110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

October 23, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/23
```

<u>VIA ECF</u>
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *USA v. Anthony Viggiano*
Ind. # 23 Cr. 497 (VEC)

Dear Judge Caproni:

  I represent Mr. Viggiano who is a defendant in a abovementioned Indictment. His status conference is scheduled before Your Honor for Thursday, October 26, 2023. His present bail conditions require him to remain in the SDNY and EDNY. With the consent of both the government and Pre-Trial Services, I am respectfully requesting permission for Mr. Viggiano to attend a wedding in St. Petersburg, Florida from November 8-12. As instructed by PTS he will provide them with a full itinerary.

  Thank you for your consideration.

Very Truly Yours,

SULLIVAN |BRILL, LLP

By: Steven Brill

---

Application GRANTED. Mr. Viggiano is ordered to provide the details of his itinerary to his PTS officer, including all flight information and the address(es) where he will be staying.

SO ORDERED.

*[signature]* October 23, 2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE