```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA              :
                                      :     23-CR-497 (VEC)
       -against-                      :
                                      :     ORDER
ANTHONY VIGGIANO, and STEPHEN         :
FORLANO JR.,                          :
                                      :
                       Defendants.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS the parties are scheduled to appear for a status conference on **Thursday, January 11, 2024, at 2:30 P.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007;

   WHEREAS the Government emailed the Court on December 20, 2023 that Mr. Forlano Jr. requests a change of plea hearing at the conference; and

   WHEREAS the Government emailed the Court on January 9, 2024 that Mr. Viggiano requests a change of plea hearing at the conference.

   IT IS HEREBY ORDERED that Mr. Viggiano's change of plea hearing is scheduled for **Thursday, January 11, 2024, at 2:30 P.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

   IT IS FURTHER ORDERED that Mr. Forlano Jr.'s change of plea hearing is scheduled for **Thursday, January 11, 2024, at 2:45 P.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date: January 9, 2024
      New York, NY

_____
VALERIE CAPRONI
United States District Judge