USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA                :
                                         :    23-CR-497 (VEC)
         -against-                       :
                                         :    ORDER
ANTHONY VIGGIANO,                        :
                                         :
                            Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 11, 2024, Mr. Viggiano appeared for a change-of-plea hearing, during which Mr. Viggiano pled guilty to Count Nine of the Indictment.

IT IS HEREBY ORDERED that Mr. Viggiano must appear for sentencing on **May 16, 2024**, at **10:30 a.m.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions are due no later than **May 2, 2024**.

IT IS FURTHER ORDERED that Mr. Viggiano's bail conditions are to remain in place.

**SO ORDERED.**

Date:  January 11, 2024
New York, NY

**VALERIE CAPRONI**
**United States District Judge**