USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-       23-CR-497 (VEC)

ANTHONY VIGGIANO and STEPHEN FORLANO JR.,      ORDER

    Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 16, 2024, Mr. Viggiano requested to adjourn his sentencing on May 16, 2024; and

    WHEREAS the Court adjourned the sentencing to July 2, 2024, at 10:30 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

    IT IS HEREBY ORDERED that sentencing submissions must be filed no later than June 18, 2024.

**SO ORDERED.**

**Date: May 3, 2024**
**New York, NY**

                                    **VALERIE CAPRONI**
                                    **United States District Judge**