USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,  :
:
-against-  :   23-CR-497 (VEC)
:
ANTHONY VIGGIANO JR.,  :   ORDER
:
Defendant.  :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 3, 2024, the Defendant filed his sentencing submission, which contained a DRAFT watermark, *see* Dkt. 55.

IT IS HEREBY ORDERED that by no later than **July 9, 2024** at **12:00 P.M.**, Defendant must either file a letter indicating that the submission was intended as the final submission; or Defendant must file a redlined version along with the final submission.

**SO ORDERED.**

Date: July 8, 2024
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**