**MEMO ENDORSED**



110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/24
```

September 29, 2024

**Via ECF**
Honorable Valeria E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

              Re: **United States v. Anthony Viggiano**
                  Ind. # 23 Cr. 497 (VEC)

Dear Judge Caproni:

      I represent Mr. Viggiano. Your Honor sentenced Mr. Viggiano on July 17, 2024. As part of his original bail conditions, Mr. Viggiano surrendered his U.S. Passport. Now that his case is resolved, I am respectfully requesting that Your Honor remove this condition and authorize Pre-Trial Services to release his Passport to him.

      Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Viggiano

_By: Steven Brill_

---

Application GRANTED.

              9/30/24
SO ORDERED.

_/s/ Valerie Caproni_

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE